IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | No.    22-cv-00482 |
| v. | ) ) | Honorable Lindsay C. Jenkins |
| ADVENTURE FACILITY CONCEPTS AND MANAGEMENT, LLC d/b/a FUNTOPIA, and MICHAEL WELLS, As Father and Next Friend of WILLIAM WELLS, | ) ) ) ) ) ) | |
| Defendants. | ) | |

ORDER OF DISMISSAL

This cause coming to be heard on the Joint Stipulation of Dismissal with Prejudice of Plaintiff, ATAIN SPECIALTY INSURANCE COMPANY and Defendants, ADVENTURE FACILITY CONCEPTS AND MANAGEMENT, LLC d/b/a FUNTOPIA, and MICHAEL WELLS, As Father and Next Friend of WILLIAM WELLS (the "Joint Stipulation"), and the Court now being fully advised in the premises;

WHEREFORE, IT IS ORDERED:

A. Pursuant to the Release of All Claims and Settlement and Cancellation Agreement dated August 8, 2023 between Plaintiff, Atain Specialty Insurance Company and Defendant, Adventure Facility Concepts and Management, LLC d/b/a Funtopia (the "Release of All Claims"), which is incorporated both in the Joint Stipulation and herein by this reference, this action is hereby dismissed with prejudice, with each party is to bear its own costs and fees.

B. In accordance with the Joint Stipulation, the Court retains jurisdiction to enforce the Release of All Claims.

Dated: 10-6-2023

Enter: _____
Lindsay C. Jenkins, U.S. District Judge

22-cv-482

KENNETH ANSPACH, ESQ.
ANSPACH LAW OFFICE
111 West Washington Street
Chicago, Illinois 60602
(312) 407-7888
ken@anspachlawoffice.com